UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00090 |
| ) | JUDGE SHARP |
| MARIO LIZARDO-PAGUADO [12] ) | |
| ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 212).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Friday, October 11, 2013, at 2:30 p.m.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE